176 A.3d 214

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RAKEEM SCOTT, DEFENDANT–PETITIONER.

C–379 September Term 2017
080169

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004173–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 214

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MICHAEL E. DAY, DEFENDANT–PETITIONER.

C–381 September Term 2017
079913

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002920–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.